

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 0 6 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE                 MDL  NO. 1371 and
LITIGATION                                         consolidated MDLs

                                                        5:04cv55

    ELDORA BURKES                                CIVIL ACTION 04-2262

        v.

LIFE INSURANCE COMPANY OF GEORGIA             SECTION "F"


## ORDER

    All proceedings that can be conducted for Civil Action Number 04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil Action Number 04-2262 be returned to the transferor court for any further proceedings.


    New Orleans, Louisiana, June 27, 2007.

                         _____
                              MARTIN L. C. FELDMAN
                       UNITED STATES DISTRICT JUDGE

**CLERK'S OFFICE**
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.